**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

In Re:    Lisa Lee Williams                                                                         CASE NO. 22-30563-KLP

**MOTION TO DISMISS,
NOTICE OF MOTION AND NOTICE OF THE HEARING**

**NOW COMES** the Chapter 13 Trustee and moves this Court to dismiss this case as provided in 11 U.S.C. 1307(c)(1) for unreasonable delay, as the debtor(s) have failed to resolve funding issues resulting in payments to creditors being less than proposed in the current confirmed plan.

Inasmuch as the legal basis for this motion is cited herein, it is respectfully requested that the requirement of a separate memorandum of law in support of this motion be waived.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before seven (7) days before the date of the hearing, you or your attorney must:

__x__ File with the court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H). If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

        Clerk of Court
        United States Bankruptcy Court
        701 East Broad Street, Suite 4000
        Richmond, VA 23219

        You must also mail a copy to:
        Suzanne E. Wade, Chapter 13 Trustee
        7202 Glen Forest Dr. STE 202
        Richmond, VA 23226

Suzanne E. Wade
Chapter 13 Trustee
7202 Glen Forest Dr. STE 202
Richmond, VA 23226
(804) 775-0979
VSBN #31868

**NOTICE IS HEREBY GIVEN THAT A HEARING ON THIS MOTION WILL BE HELD REMOTELY ON <u>September 07, 2022</u>, AT <u>9:15 AM</u>**

REMOTE HEARING INFORMATION
Due to the COVID-19 public health emergency, no in-person hearings are being held.

This hearing will take place remotely through Zoom on the date and time scheduled herein.

To appear at the hearing, you must send, by email, a completed request form (the "Zoom Request Form"), which is available on the Court's internet website at www.vaeb.uscourts.gov, on the page titled, "Temporary Emergency Provisions Regarding ZoomGov Remote Proceeding Access Information." Email your completed Zoom Request Form to the email address listed for the Judge assigned to the case. Following receipt of your Zoom Request Form, Court staff will respond to the email address from which the request was submitted with additional information on how to participate through Zoom.

***The email address shall be used only to submit Zoom Request Forms. No other matters or requests will be considered by Court staff, and under no circumstances will any such matters or requests be brought to the Judge's attention. Failure to comply with these instructions may result in appropriate action, including but not limited to the imposition of sanctions.***

PLEASE NOTE: You MUST submit the Zoom Request Form no later than two (2) business days prior to this hearing. Any documentary evidence the parties wish to present at the hearing must be filed with the Court in advance of the hearing.

**<u>If no timely response has been filed opposing the relief requested, the Court may grant the relief requested in the motion.</u>**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated: **<u>August 2, 2022</u>**

/s/ Suzanne E. Wade
_____
Suzanne E. Wade

## Certificate of Service

     I hereby certify that I have this **2nd day of August, 2022**, mailed or hand-delivered a true copy of the foregoing Notice of Motion to the debtor(s) **Lisa Lee Williams, P.O. Box 1432, Kilmarnock, VA 22482,** and debtor(s) attorney, **KIMBERLY A. CHANDLER, ESQ., e-mail: kim@cp-lawfirm.com.**

                              /s/ Suzanne E. Wade
                              _____
                              Suzanne E. Wade

Suzanne E. Wade
Chapter 13 Trustee
7202 Glen Forest Dr. STE 202
Richmond, VA 23226
(804) 775-0979
VSBN #31868